

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00500-CR

Chadwick **BENJAMIN** a/k/a Chad Anthony Benjamin,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 396th District Court, Tarrant County, Texas
Trial Court No. 1239333D
The Honorable George William Gallagher, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 25, 2013.

_____
Rebeca C. Martinez, Justice